IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOWERS,<br><br>               Plaintiff,<br><br>   v.<br><br>C. LEYVA, et al.,<br><br>              Defendants. | NO. 1:11-cv-00996-GSA-PC<br><br>ORDER DISMISSING ACTION |

      Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

      By order filed December 1, 2011, Plaintiff was directed to show cause, within thirty days, why this action should not be dismissed without prejudice to Plaintiff's ability to file a petition for writ of habeas corpus. Court records indicate that the order to show cause served upon Plaintiff at his address of record were returned by the U.S. Postal Service with the indication that Plaintiff is not located at his address of record. Local Rule 183(b) requires Plaintiff to keep the Court informed of his address.

      In the December 1, 2011, order the Court informed Plaintiff of the deficiencies in his complaint, and dismissed the complaint on the ground that Plaintiff had not alleged that his disciplinary conviction had been invalidated. Because Plaintiff has not filed a response to the

order to show cause, the Court dismisses the claims made in the original complaint.  See <u>Noll v. Carlson</u>, 809 F. 2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to dismissal).

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice to the filing of a petition for writ of habeas corpus.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:**   **January 3, 2012**           /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

2